**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ANTHONY STEWARD,

                      Petitioner,
-against-                                    24 **CIVIL** 5758 (RA)

                                                                **JUDGMENT**

NAPOLI, AUBURN CORRECTIONAL
FACILITY
                      Respondent.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 28, 2025, having conducted a careful review of the record and examined the Report for clear error, the Court adopts the Report in its entirety. Accordingly, the case is closed.

**Dated:** New York, New York

      August 29, 2025

                                                         **TAMMI M. HELLWIG**
                                                          **Clerk of Court**

                          **BY:**
                                                        **Deputy Clerk**