UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHONY STEWARD,

       Petitioner,

    v.

NAPOLI, AUBURN CORRECTIONAL FACILITY,

       Respondent.

24-CV-5758 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

  On July 31, 2025, Magistrate Judge Willis issued a Report & Recommendation ("Report" or "R&R") recommending that the Court grant Respondent's motion to dismiss the Petition in its entirety without prejudice; grant Petitioner's motion to amend his habeas petition; and dismiss Petitioner's motion for release and/or bail. *See* Dkt. No. 35. Having received no objections, on August 28, 2025, the Court adopted the R&R in its entirety. *See* Dkt. No. 37. On September 15, 2025, however, the Court received a letter from Petitioner dated August 28, 2025 and postmarked September 5, 2025, in which he stated he had not received the R&R until that very day, and included objections to the R&R. On September 30, 2025, Petitioner filed a notice of appeal of this Court's Order adopting the R&R. *See* Dkt. No. 40.

  In light of Petitioner's appeal, the Court would typically be deprived of jurisdiction to address his objections to the R&R. *See Griggs v. Provident Consumer Disc. Co.*, 459 U.S. 56, 58 (1982). The Court, however, intends to issue an indicative ruling considering Petitioner's objections, *see* Fed. Rule Civ. P. § 62.1, given that there appears to be good cause for their untimeliness. *See Presbyterian Church of Sudan v. Talisman Energy, Inc.*, 582 F.3d 244, 267 (2d

Cir. 2009). If the Respondent seeks to respond to Petitioner's objections, it shall do so no later than October 23, 2025.

    The Clerk of Court is respectfully directed to mail a copy of this order to Petitioner Anthony Steward 18-A-0634 Five Points Correctional Facility State Route 96 P.O. Box 119 Romulus, NY 14541 and to Petitioner Anthony Steward 18-A-0634 at Green Haven Correctional Facility, P.O. Box 4000, Stormville, NY, 12582.

SO ORDERED.

Dated:    October 9, 2025
            New York, New York

_____
Ronnie Abrams
United States District Judge